United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01740 |
| | § | |
| VRNM REALTY LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL OF DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 15, 2025 (Dkt. No. 15), it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, VRNM REALTY LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED

SIGNED on August 25, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge